UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
SIEMENS PRODUCT LIFECYCLE     :
MANAGEMENT SOFTWARE, INC.,    :    11 Civ. 8469 (WHP)
                              :
            Plaintiff,        :    SCHEDULING ORDER
                              :
      -against-               :
                              :
DOES 1-50, *et al.*,          :
                              :
            Defendants.       :
------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/21/12
```

WILLIAM H. PAULEY III, District Judge:

  Counsel for Plaintiff having appeared for a conference on March 20, 2012, the following schedule is established:

    (1) Plaintiff shall serve and file an amended complaint naming all defendants by June 5, 2012; and

    (2) The parties are directed to appear for a conference on June 29, 2012 at 10:00 a.m.

Dated: March 20, 2012
   New York, New York

             SO ORDERED:

             *[signature]*
             WILLIAM H. PAULEY III
             U.S.D.J.

*Counsel of Record:*

David Amir Kochman, Esq.
Reed Smith (NYC)
599 Lexington Avenue
New York, NY 10022
*Counsel for Plaintiff*