# ReedSmith  MEMO ENDORSED

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

**David A. Kochman**
Direct Phone: +1 212 205 6056
Email: dkochman@reedsmith.com





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/5/12

June 1, 2012

**By Hand Delivery**

Hon. William H. Pauley, III
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Siemens Product Lifecycle Management Software Inc. v. Does 1-50, No. 11-CV-8469</u>

Dear Judge Pauley:

We represent Plaintiff Siemens Product Lifecycle Management Software Inc. ("Siemens") in the above-referenced matter pending before Your Honor. This action seeks to prosecute copyright infringements by persons/entities who have illegally downloaded certain Software, as defined in the Complaint, in which Siemens has valuable registered and protected interests. The defendants are unidentified Doe Defendants in the Complaint, and Siemens is in the process of ascertaining their true identities in order to file and serve an Amended Complaint.

On March 20, 2012, the Court issued an Order granting Siemens's request to propound discovery requests upon non-party internet service provider Road Runner to permit Siemens to identify the individuals who should be named as defendants in this action. (Doc. 5) On March 23, 2012, Siemens served a copy of the Order along with Siemens's discovery requests upon Road Runner. On May 22, 2012, Siemens received Road Runner's response to the discovery requests identifying the individuals/entities corresponding to the ip addresses about which discovery was sought.

Hon. William H. Pauley, III
June 1, 2012
Page 2

**ReedSmith**

Since that time, Siemens has been, and continues to be, reaching out to individuals/entities identified in Road Runner's discovery responses in an effort to narrow the scope of further litigation before this Court.

Presently, there are three deadlines scheduled in this matter: (1) June 5, 2012—Siemens to file an Amended Complaint; (2) June 22, 2012—Siemens to serve its Amended Complaint; and (3) June 29, 2012 at 10:00 a.m.—Scheduling Conference.

By this letter, and so as to permit Siemens an opportunity to resolve as many disputes with potential Doe Defendants without further litigation, Siemens respectfully requests an adjournment of the foregoing dates as follows:

- August 3, 2012—Siemens to file an Amended Complaint;
- August 24, 2012—Siemens to serve its Amended Complaint; and
- September 7, 2012 (or at whatever date/time is most convenient for the Court)—Parties to appear for a Scheduling Conference at 11:00 a.m.

Thank you for your consideration of this request.

Respectfully submitted,

David A. Kochman

*Application granted. The proposed schedule is adopted.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.   6/5/12