UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE INC., | : : : |
| Plaintiff, | : Case No.: 11 Civ. 8469 (RA) : : |
| v. | : **NOTICE OF DISMISSAL WITHOUT** : **PREJUDICE** |
| DOES 1- 50, | : : |
| Defendants. | : : : |

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses the above-captioned matter without prejudice.

Dated: September 4, 20121

REED SMITH LLP

/s/ David A. Kochman
David A. Kochman (DK1809)
599 Lexington Avenue
New York, NY  10022
Tel: (212) 521-5400
Fax: (212) 521-5450

*Attorneys for Plaintiff Siemens Product Lifecycle Management Software, Inc.*